

ENTERED
11/23/2015

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 CASE |
| | § | |
| INDEPENDENT NATURAL | § | CASE NO. 13-36248 |
| RESOURCES, INC. | § | |
| | § | |
|    DEBTOR | § | |
| | § | |
| WILLIS INDEPENDENT SCHOOL DISTRICT | § | |
|    MOVANT | § | |
| | § | |
| V. | § | |
| | § | |
| INDEPENDENT NATURAL | § | |
| RESOURCES, INC. AND RONALD J. | § | |
| SOMMERS, TRUSTEE | § | |
| | § | |
|    RESPONDENTS | § | |

**UNOPPOSED ORDER LIFTING THE AUTOMATIC STAY FOR WILLIS
INDEPENDENT SCHOOL DISTRICT AND MONTGOMERY COUNTY TAX OFFICE
AS TO PROPERTY ABANDONED BY CHAPTER 7 TRUSTEE**
**(Resolves Doc #'s 51 and 53)**

ON THIS DAY came on for consideration of Movant, WILLIS INDEPENDENT

SCHOOL DISTRICT'S Motion for Relief from Stay Pursuant to 11 U.S.C. §362(D)(1) and (2)

as to Property Abandoned by the Chapter 7 Trustee. Movant appeared by counsel and

represented that, after proper notice and timely service of the Motion, no opposition has been

presented other than the limited objection of Montgomery County (Doc. No. 53) which is

resolved by its Approval of the form of this order. It appearing to the Court that it has

jurisdiction over the parties and subject matter, that, based on the representation of counsel,

proper notice has been given in accordance with L.R. 4001, that the Respondent, Debtor, does

not oppose the relief requested, that the Chapter 7 Trustee has abandoned the real tangible

personal property described below and that no other interested party has appeared in opposition

to the Motion, it is therefore

ORDERED that the stay of 11 U.S.C. §362 is lifted for the purpose of allowing WILLIS

INDEPENDENT SCHOOL DISTRICT and MONTGOMERY COUNTY to exercise their rights

with respect to real and tangible personal abandoned by the Chapter 7 Trustee described as:

> Debtor's vehicles, office equipment, furnishings and supplies, business machinery, business fixtures, business equipment and business supplies and business inventory identified in the Debtor's schedules filed on August 27, 2014 at docket number 39, and

> A TRACT OF LAND BEING 7.6939 ACRES, MORE OR LESS, IN THE TIMOTHY CUDE SURVEY, ABSTRACT 12, MONTGOMERY COUNTY, TEXAS, BEING MORE PARTICULARLY DESCRIBED IN CLERK'S FILE NUMBER 2010034188 OF THE REAL PROPERTY RECORDS OF MONTGOMERY COUNTY, TEXAS.

WILLIS INDEPENDENT SCHOOL DISTRICT and MONTGOMERY COUNTY may enforce

any and all of their rights under the Texas Property Tax Code and under Texas law as to such

property.

IT IS FURTHER ORDERED that Rule 4001(a)(3) is not applicable to this Order.

Dated: _____ NOV 2 3 2015

LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND SUBSTANCE


*/s/ Owen M. Sonik*
Owen M. Sonik
SBN: 18847250
PERDUE, BRANDON, FIELDER
COLLINS & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008
Phone: (713) 802-6969
Fax: (713) 862-1429
Email: osonik@pbfcm.com
Counsel for Willis Independent School District

Movant has complied with L. R. 4001 in all respects.


*/s/ Tara L. Grundemeier*
Tara L. Grundemeier
SBN: 24036691
P. O. Box 3064
Houston, Texas 77253-3064
(713) 844-3478 – Telephone
(713) 844-3503 – Facsimile

Counsel for Montgomery County