**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Independent Natural Resources, Inc.

**Debtor(s)**

Case No.: 13–36248

Chapter: 7

ENTERED
04/11/2016

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/11/16

LETITIA Z. PAUL
United States Bankruptcy Judge